**Order entered March 17, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00560-CV

**PHYLLIS M. REESE, ET AL., Appellants**

**V.**

**BANK OF AMERICA, N.A., Appellee**

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 002-00480-201**

## ORDER

Before the Court is appellants' March 11, 2015 expedited and emergency motion to recall writ for lack of jurisdiction. On March 12, 2015, counsel for appellants informed the Clerk of this Court that the motion is now moot. Accordingly, we **DENY** appellants' motion as moot.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE